Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
 FELIX ORTIZ PLATA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>FELIX ORTIZ-PLATA, et.al.<br><br>                      Defendants. | Case No. 2:22-cr-00250-TLN-1<br><br>**STIPULATION TO CONTINUE ARRAINGMENT ON INDICTMENT; ORDER**<br><br>Current Hearing Date: January 5, 2023<br>Current Hearing Time: 2:00 p.m.<br><br>Proposed Hearing Date: January 12, 2023<br>Proposed Hearing Time: 2:00 p.m.<br><br>Robert T. Matsui U.S. Courthouse<br>Courtroom 27<br>Hon. Deborah Barnes |

The court has read and considered the Stipulation to Continue Arraignment on Indictment, filed by the parties in this matter on January 4, 2023. The court hereby finds that the stipulation, which this court incorporates by reference into this order, demonstrates facts that support continuing the sentencing date in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the arraignment on the Indictment is continued from January 5, 2023, at 2:00 p.m. to **January 12, 2023, at 2:00 p.m.**

Dated: January 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE