PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX ORTIZ-PLATA AND ANUAR CASTANEDA ORTIZ,<br><br>Defendants. | CASE NO. 2:22-CR-00250-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 2, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on February 2, 2023.

2.  By this stipulation, defendants now move to continue the status conference until April 27, 2023, at 9:30 a.m., and to exclude time between February 2, 2023, and April 27, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic format, photographs, videos, and audio recordings totaling 163 gb. Defense counsel has requested that the discovery be copied onto supplied hard drives and produced directly to them. The government has agreed to do so and the discovery will be produced directly to defense counsel within 10 days of this date.

      b)      Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, conduct investigation, and to otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 2, 2023 to April 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ALSTYN BENNETT
                                            ALSTYN BENNETT
                                            Assistant United States Attorney

Dated:  January 31, 2023                    /s/ MICHAEL V. SEVERO
                                            MICHAEL V. SEVERO
                                            Counsel for Defendant
                                            FELIX ORTIZ-PLATA

Dated:  January 31, 2023                    /s/ DINA L. SANTOS
                                            DINA L. SANTOS
                                            Counsel for Defendant
                                            ANUAR CASTANEDA ORTIZ

## ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2023.

                                            Troy L. Nunley
                                            United States District Judge