PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX ORTIZ-PLATA AND<br>ANUAR CASTANEDA ORTIZ,<br><br>Defendants. | CASE NO. 2:22-CR-00250-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 20, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on July 20, 2023.

2. By this stipulation, defendants now move to continue the status conference until October 5, 2023, at 9:30 a.m., and to exclude time between July 20, 2023, and October 5, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic format, photographs, videos, and audio recordings totaling 163 gb. All of this discovery has been produced directly to defense counsel and has been available for in-office inspection.

    b) Counsel for the government has represented that additional discovery, including

body camera and dash camera video from the December 5, 2022 traffic stop, is forthcoming.

      c)     Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, conduct investigation, and to otherwise prepare for trial.

      d)     Counsel for defendant Felix Ortiz-Plata is currently preparing for trial in the following cases: *U.S. v. Sean Schoepflin,* U.S. District Court for the Central District of California, Case No. 22CR00374, set for August 15, 2023; *U.S. v. Sam Siu*, U.S. District Court for the Central District of California, Case No. 18-CR-00132-GW, set for August 22, 2023; and *U.S. v. Erika Leon*, U.S. District Court for the Central District of California, Case No. 22CR00121- FMO, set for September 12, 2023.

      e)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2023 to October 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 11, 2023                    PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ALSTYN BENNETT
                                         ALSTYN BENNETT
                                         Assistant United States Attorney

Dated: July 11, 2023                    /s/ MICHAEL V. SEVERO
                                         MICHAEL V. SEVERO
                                         Counsel for Defendant
                                         FELIX ORTIZ-PLATA

Dated: July 11, 2023                    /s/ DINA L. SANTOS
                                         DINA L. SANTOS
                                         Counsel for Defendant
                                         ANUAR CASTANEDA ORTIZ

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of July, 2023.

Troy L. Nunley
United States District Judge