PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00250-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FELIX ORTIZ-PLATA AND ANUAR CASTANEDA ORTIZ, | DATE: December 7, 2023 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 7, 2023.

2. By this stipulation, defendants now move to continue the status conference until March 7, 2024, at 9:30 a.m., and to exclude time between December 7, 2023, and March 7, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic format, photographs, videos, and audio recordings totaling 163 gb. All of this discovery has been produced directly to defense counsel and has been available for in-office inspection.

    b) Counsel for defendants desire additional time to review the discovery, consult

with their clients, review the current charges, conduct investigation and explore potential mitigation information, and to otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2023 to March 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 6, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ ALSTYN BENNETT
                                  ALSTYN BENNETT
                                  Assistant United States Attorney

Dated:  December 6, 2023          /s/ MICHAEL V. SEVERO
                                  MICHAEL V. SEVERO
                                  Counsel for Defendant
                                  FELIX ORTIZ-PLATA

Dated:  December 6, 2023          /s/ DINA L. SANTOS
                                  DINA L. SANTOS
                                  Counsel for Defendant
                                  ANUAR CASTANEDA ORTIZ

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2023.

Troy L. Nunley
United States District Judge