PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00250-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FELIX ORTIZ-PLATA AND ANUAR CASTANEDA ORTIZ, | COURT: Hon. Dena Coggins |
| Defendants. | |

**STIPULATION**

1. On October 8, 2024, this case was reassigned to the Honorable Dena Coggins. ECF 41. As part of that order, all court appearances currently set in the case were vacated. *Id.*

2. By this stipulation, the parties now move to set a status conference for December 13, 2024, and to exclude time between October 11, 2024 and December 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic format, photographs, videos, and audio recordings totaling 163 gb. All of this discovery has been produced directly to defense counsel and has been available for in-office inspection.

    b) Counsel for defendants desire additional time to review the discovery, consult

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

with their clients, review the current charges, conduct investigation and explore potential mitigation information, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2024 to December 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: October 11, 2024

/s/ MICHAEL V. SEVERO
MICHAEL V. SEVERO
Counsel for Defendant
FELIX ORTIZ-PLATA

Dated: October 11, 2024

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant
ANUAR CASTANEDA ORTIZ

IT IS SO ORDERED.

Dated: **October 16, 2024**

Dena Coggins
United States District Judge