Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
　　FELIX ORTIZ PLATA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FELIX ORTIZ PLATA, et al.<br><br>　　　　　　　Defendants. | Case No.  2:22-CR-250-DC-1<br><br>**STIPULATION FOR ORDER CONTINUING SENTENCING HEARING; ~~PROPOSED~~ ORDER**<br><br>Current Date:　November 21, 2025<br>Current Time:　9:30 A.M.<br><br>Requested Date: January 23, 2026<br>Requested Time: 9:30 A.M.<br><br>Courtroom 10<br>Hon. Dena Coggins, Judge Presiding |

　　　　Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, United States Attorney for the Eastern District of California and Assistant U.S. Attorney Jason Hitt and defendant FELIX ORTIZ PLATA ("defendant"), by and through his counsel of record, Michael V. Severo, Esq., hereby agree and stipulate as follows:

　　　　1.　　On August 8, 2025, defendant pled guilty to count 1 of the Indictment, conspiracy to distribute and possession with intent to distribute

methamphetamine. On that date, the court set defendant's sentencing for November 21, 2025, at 9:30 a.m.

2. Defendant was interviewed by U.S. Probation on September 16, 2025. A draft of the Presentence Report was made available on October 6, 2025. The final draft was disclosed on October 31, 2025.

3. On or about October 15, 2025, defense counsel became ill. His illness is being treated by his cardiologist. His cardiologist has ordered a battery of tests. Counsel is scheduled to meet with his doctor next week.

4. In the midst of his illness, counsel has also had to attend to matters as they came up. Should the court require additional details, defense counsel will provide them and request they be filed under seal.

5. Because of his illness and added family and business pressures, counsel did not review the draft presentence report and has yet to meet with his client to examine it.

6. Based on the foregoing, the parties request that:

(a) the Court continue the defendant's sentencing hearing from November 21, 2025, at 9:30 a.m. to January 23, 2026, at 9:30 a.m.

(b) the parties' respective sentencing positions be due in accordance with the new sentencing date, January 23, 2026. All briefings are due at 12:00 p.m. eight days before the sentencing date.

IT IS SO STIPULATED.

{SIGNATURES APPEAR ON PAGE 3}

| | |
|---|---|
| Dated: November 14, 2025 | ERIC GRANT<br>United States Attorney<br>MICHAEL D. ANDERSON<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney |
| Dated: November 14, 2025 | THE SEVERO LAW FIRM<br><br>By /s/ *Michael V. Severo*<br>Michael V. Severo<br>Attorney for Defendant<br>FELIX ORTIZ PLATA |

*With permission

# **ORDER**

The court, having received, read and considered the parties' stipulation filed on November 13, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Sentencing Hearing scheduled for November 21, 2025, is VACATED and RESET for January 23, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections to the Presentence Investigation Report or any Motion for Correction shall be submitted no later than January 8, 2026, and Reply, or Statement of Non-Opposition to the Motion and any other briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) January 15, 2026.

IT IS SO ORDERED.

Dated: **November 14, 2025**

_____
Dena Coggins
United States District Judge