Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
FELIX ORTIZ PLATA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-CR-250-DC-1 |
| Plaintiff, | **STIPULATION FOR ORDER CONTINUING SENTENCING HEARING; ~~PROPOSED~~ ORDER** |
| vs. | Current Date:     January 23, 2026<br>Current Time:     9:30 A.M. |
| FELIX ORTIZ PLATA, et al. | Requested Date: February  27, 2026<br>Requested Time: 9:30 A.M. |
| Defendants. | Courtroom 10<br>Hon. Dena Coggins, Judge Presiding |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, United States Attorney for the Eastern District of California and Assistant U.S. Attorney Jason Hitt and defendant FELIX ORTIZ PLATA ("defendant"), by and through his counsel of record, Michael V. Severo, Esq., hereby agree and stipulate as follows:

1.      On August 8, 2025, defendant pled guilty to count 1 of the Indictment, conspiracy to distribute and possession with intent to distribute

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ◆ PASADENA, CA 91101

methamphetamine. On that date, the court set defendant's sentencing for November 21, 2025, at 9:30 a.m.

2.      Defendant was interviewed by U.S. Probation on September 16, 2025.  A draft of the Presentence Report was made available on October 6, 2025. The final draft was disclosed on October 31, 2025.

3.      On November 14, 2025, the court continued defendant's sentencing hearing from November 21, 2025, to January 23, 2026.

4.      Since November 14, 2025, counsel for defendant has undergone medical testing and has had multiple doctor's appointments for him and his wife. Defense counsel has had multiple court appearances and hearings and trial preparation that have kept him out of the office. Should the court require additional details, defense counsel will provide them and request they be filed under seal.

5.      Thus, counsel has not had the opportunity to review the draft presentence report and has yet to meet with his client to examine it before the court's established deadlines.

6.      Based on the foregoing, the parties request that:

(a)      the Court continue the defendant's sentencing hearing from January 23, 2026, at 9:30 a.m. to February 27, 2026, at 9:30 a.m.

(b)      Formal Objections to the Presentence Investigation Report or any Motion for Correction shall be submitted no later than February 12, 2026, and Reply, or Statement of Non-Opposition to the Motion and any other briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) February 19, 2026.

IT IS SO STIPULATED.

**THE SEVERO LAW FIRM**
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

2

Dated: January 12, 2026                    ERIC GRANT
                                           United States Attorney
                                           MICHAEL D. ANDERSON
                                           Assistant United States Attorney
                                           Chief, Criminal Division


/s/      *Jason Hitt*$^{*}$

JASON HITT
Assistant U.S. Attorney


Dated: January 12, 2026                    THE SEVERO LAW FIRM


By /s/  *Michael V. Severo*

Michael V. Severo
Attorney for Defendant
FELIX ORTIZ PLATA

*With permission

**ORDER**

The court, having received, read and considered the parties' stipulation as to Defendant Felix Ortiz Plata filed on January 9, 2026 (Doc. No. 64) and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for January 23, 2026, is VACATED and RESET for February 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than February 12, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 19, 2026, by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____

Dena Coggins
United States District Judge

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

4