Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
    FELIX ORTIZ PLATA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FELIX ORTIZ PLATA, et al.<br><br>                    Defendant. | Case No.  2:22-CR-250-DC-1<br><br>**STIPULATION FOR ORDER CONTINUING SENTENCING HEARING; ~~PROPOSED~~ ORDER**<br><br>Current Date:     February 27, 2026<br>Current Time:     9:30 A.M.<br><br>Requested Date: April 3, 2026<br>Requested Time: 9:30 A.M.<br><br>Courtroom 10<br>Hon. Dena Coggins, Judge Presiding |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, United States Attorney for the Eastern District of California and Assistant U.S. Attorney Jason Hitt and defendant FELIX ORTIZ PLATA ("defendant"), by and through his counsel of record, Michael V. Severo, Esq., hereby agree and stipulate as follows:

1.      On August 8, 2025, defendant pled guilty to count 1 of the Indictment, conspiracy to distribute and possession with intent to distribute

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

methamphetamine. On that date, the court set defendant's sentencing for November 21, 2025, at 9:30 a.m.

2.     Defendant was interviewed by U.S. Probation on September 16, 2025.  A draft of the Presentence Report was made available on October 6, 2025. The final draft was disclosed on October 31, 2025.

3.     On November 14, 2025, the court continued defendant's sentencing hearing from November 21, 2025, to January 23, 2026.

4.     On January 13, 2026, the court continued defendant's sentencing hearing from January 23, 2026, to February 27, 2026.

5.     On February 18, 2026, defense counsel is required to undergo a surgical procedure to install a device in his heart as part of treatment to prevent strokes due to paroxysmal atrial fibrillation.   That procedure is under general anesthesia and may require several days to fully get back to work.

6.     Defense counsel is set for trial on March 10, 2026, in a 12-count tax evasion, wire fraud and money laundering matter, *U.S. v. Tabrizi,* Central District of California, Case No. 23-cr-109 JVS.  Trial preparation has taken up a substantial amount of work hours. The medical issue above may change the scheduling of the trial.

7.     The presentence report in this matter raises a number of questions that require discovery review and careful consideration of those issues in order to present the court with a meaningful sentencing position for the defendant.

8.     Also, counsel operates out of Southern California and has yet to meet with his client who is in custody in the Eastern District to review the PSR prior to sentencing.

9.     Based on the foregoing, the parties request that:

   (a)     the Court continue the defendant's sentencing hearing from February 27, 2026, at 9:30 a.m. to April 3, 2026, at 9:30 a.m.

(b)     all briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) on Thursday, March 26, 2026.

IT IS SO STIPULATED.

Dated: February 13, 2026

ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
Chief, Criminal Division

/s/ _Jason Hitt_ *

JASON HITT
Assistant U.S. Attorney

Dated: February 13, 2026

THE SEVERO LAW FIRM

By /s/ _Michael V. Severo_

Michael V. Severo
Attorney for Defendant
FELIX ORTIZ PLATA

*With permission

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

**ORDER**

IT IS HEREBY ORDERED as to Felix Ortiz Plata, the court, having received, read and considered the parties' stipulation filed on February 12, 2026 (Doc. No. 71), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing. Accordingly, the Sentencing Hearing scheduled for February 27, 2026, is VACATED and RESET for April 3, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than March 20, 2026; and Reply, or Statement of Non-Opposition and any additional briefing the parties want the court to consider shall be submitted no later than March 26, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **February 13, 2026**    _____

Dena Coggins
United States District Judge

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101