Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
    FELIX ORTIZ PLATA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FELIX ORTIZ PLATA, et al.<br><br>                    Defendant. | Case No.  2:22-CR-250-DC-1<br><br>**STIPULATION FOR ORDER CONTINUING SENTENCING HEARING; ~~PROPOSED~~ ORDER**<br><br>Current Date:     April 3, 2026<br>Current Time:     9:30 A.M.<br><br>Requested Date: April 17, 2026<br>Requested Time: 9:30 A.M.<br><br>Courtroom 10<br>Hon. Dena Coggins, Judge Presiding |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, United States Attorney for the Eastern District of California and Assistant U.S. Attorney Jason Hitt and defendant FELIX ORTIZ PLATA ("defendant"), by and through his counsel of record, Michael V. Severo, Esq., hereby agree and stipulate as follows:

1.      On August 8, 2025, defendant pled guilty to count 1 of the Indictment, conspiracy to distribute and possession with intent to distribute

1

methamphetamine. On that date, the court set defendant's sentencing for November 21, 2025, at 9:30 a.m.

2.    Defendant was interviewed by U.S. Probation on September 16, 2025.  A draft of the Presentence Report was made available on October 6, 2025. The final draft was disclosed on October 31, 2025.

3.    On November 14, 2025, the court continued defendant's sentencing hearing from November 21, 2025, to January 23, 2026.

4.    On January 13, 2026, the court continued defendant's sentencing hearing from January 23, 2026, to February 27, 2026.

5.    On February 17, 2026, the court entered an order continuing the sentencing hearing from February 27, 2026, to the current date, April 3, 2026.

6.    As mentioned in the last stipulation, defense counsel underwent a surgical procedure to install a device in his heart as part of treatment to prevent strokes due to paroxysmal atrial fibrillation.   That procedure was under general anesthesia and defense counsel was out for approximately one week.   As part of the treatment, counsel was required to take medication to prevent any strokes while the tissue around the device completely sealed it.  Counsel reacted to the medication and the results necessitated several trips to the doctor's office, further affecting his work schedule and causing him to continue other matters, including hearings.

7.    The presentence report in this matter raises a number of questions that require discovery review and careful consideration of those issues which will require objections to the presentence report and preparation meaningful sentencing position for the defendant.

8.    Counsel was finally able to travel and meet with defendant at the Yuba County Jail on March 16, 2026.  After meeting with defendant, counsel set out to prepare his position on a number of issues but, again, certain symptoms and medical appointments, along with a myriad of other work-related duties have

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

interfered with the process. Preparation of objections and sentencing position are close to completion but will not be ready to present to the court in the timely fashion required by the local rules.

9. Based on the foregoing, the parties request that:

(a) The Court continue the defendant's sentencing hearing from April 3, 2026, at 9:30 a.m. to April 17, 2026, at 9:30 a.m.;

(b) Objections to the PSR shall be filed by Friday, April 3, 2026;

(c) All briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) on Thursday, April 2, 2026.

IT IS SO STIPULATED.

Dated: March 26, 2026

ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
Chief, Criminal Division

/s/ *Jason Hitt**

JASON HITT
Assistant U.S. Attorney

Dated: March 26, 2026

THE SEVERO LAW FIRM

By /s/ *Michael V. Severo*

Michael V. Severo
Attorney for Defendant
FELIX ORTIZ PLATA

*With permission

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

3

**THE SEVERO LAW FIRM**
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101

## <u>ORDER</u>

IT IS HEREBY ORDERED as to Felix Ortiz-Plata, the court, having received, read and considered the parties' stipulation filed on March 25, 2026 (Doc. No. 73), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule.

Accordingly, the Sentencing Hearing scheduled for April 3, 2026, is VACATED and RESET for April 17, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than April 3, 2026; and Reply, Statement of Non-Opposition or any other briefing the parties want the court to consider, shall be submitted no later than April 9, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
Dena Coggins
United States District Judge