Michael V. Severo, Esq.  (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
FELIX ORTIZ PLATA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX ORTIZ PLATA, et al. <br><br> Defendant. | Case No.  2:22-CR-00250-DC-1 <br><br> **ORDER RE: REQUEST TO SEAL DOCUMENT** <br><br> Hearing Date: April 17, 2026 <br> Hearing Time: 9:30 A.M. <br><br> Courtroom 10 <br> Hon. Dena Coggins, Judge Presiding |

For good cause shown, IT IS HEREBY ORDERED that *Defendant's Exhibit B to Defendant's Sentencing Memorandum – Felix Ortiz Jr.'s Medical Document* consisting of 14 pages plus 1 cover page is hereby sealed and kept separate from the public file until further order of this court.

The court and its authorized designee(s) including the U.S. Probation and Pretrial Services Offices; Plaintiff, United States of America through its counsel of record; and Defendant Felix Ortiz-Plata and his counsel of record shall all have access to the document.

Dated: Apil 28, 2026

_____
District Judge Dena M. Coggins
U.S. District Court Judge

THE SEVERO LAW FIRM
301 N. LAKE AVENUE, SUITE 315 ♦ PASADENA, CA 91101